U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

National City Commercial Capital Company
v.
Korle Bu Medical Group, Ltd. & Dr. John Acquaye-Awah, individually

07CV6124
JUDGE MANNING
MAG. JUDGE SCHENKIER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff National City Commercial Capital Company

| | |
|---|---|
| NAME (Type or print) <br> Vincent T. Borst | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> Askounis & Borst, P.C. | |
| STREET ADDRESS <br> 180 N. Stetson St., Suite 3400 | FILED <br> OCT. 30, 2007 <br> OCT 3 0 2007 |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06192904 | TELEPHONE NUMBER <br> (312)861-7100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |