## **VERIFICATION**

I have reviewed the foregoing Amended Verified Complaint in this matter and attest that the allegations and statements therein are true and correct, except to matters stated to be on information and belief and as to such matters as the undersigned certified as aforesaid that she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

*/s/ Tina M. Bowling*

SUBSCRIBED AND SWORN to before me
this 5th day of November, 2007

_____
Notary Public

JOHN R. LENHART
Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration
Date  Section 47.03.08