IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

National City Commercial Capital Company,

vs.

Korle Bu Medical Group, Ltd. & Dr. John Acquaye-Awah, individually,

Case Number 07 CV 6124

### AFFIDAVIT OF NON-SERVICE

I, Bia Tyk, being first duly sworn on oath deposes and states that I am over the age of 21 years and not a party to this action, and on that I was unable to serve the following documents:

Summons and Complaint

Upon: Dr. John Acquaye-Awah

At: 9033 Reserve Drive, Willow Springs, IL 60480

Due to the following:

Several attempts were made on 11/10/07 @ 7:19 pm - no contact, 11/15/07 @ 6:00 am - no contact, 11/20/07 @ 8:36 pm - no contact, 11/23/07 @ 10:00 pm - no contact, 11/24/07 @ 8:00 am - no contact, 11/25/07 @ 5:45 pm - no contact, 11/27/07 @ 7:00 pm - no contact

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

Bia Tyk
United Processing, Inc.
55 West Wacker Drive
9th Floor
Chicago, IL 60601
312.629.0140
IL License #117-001101