IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| National City Commercial Capital Company, | |
| vs. | Case Number 07 CV 6124 |
| Korle Bu Medical Group, Ltd. & Dr. John Acquaye-Awah, individually, | |

### AFFIDAVIT OF NON-SERVICE

I, Tommie Levy, being first duly sworn on oath deposes and states that I am over the age of 21 years and not a party to this action, and on that I was unable to serve the following documents:

Summons and Complaint

Upon: Korle Bu Medical Group, Ltd., c/o John Acquaye-Awah, Registered Agent

At: 5517 South Michigan Avenue, Chicago, IL 60637

Due to the following:

Several attempts were made on 11/13/07 @ 9:30 am - not available, 11/16/07 @ 2:00 pm - not available, 11/20/07 @ 12:14 pm - not available, 11/21/07 @ 9:00 am - not available, 11/26/07 @ 11:00 am - not available, 11/29/07 @ 1:45 pm - not available

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

Tommie Levy
United Processing, Inc.
55 West Wacker Drive
9th Floor
Chicago, IL 60601
312.629.0140
IL License #117-001101