IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| National City Commerical Capital Company | |
|---|---|
| vs. Korle Bu Medical Group, Ltd. and Dr. John Acquaye-Awah, individually | Case Number   07 CV 6124 |

## AFFIDAVIT OF SERVICE

I, Randy Mucha, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 17 day of January, 2008, at 08:40 PM at 9033 Reserve Drive, Springs, IL 60480, did serve the following document(s):

**Summons and Complaint**

Upon:  **Dr. John Acquaye-Awah**

By:   ☑ Personally serving to:   Dr. John Acquaye-Awah

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 9033 Reserve Drive, Springs, IL 60480 on

| Description: | Sex | **Male** | Race | **Black** | Approximate Age | **47** |
|---|---|---|---|---|---|---|
| | Height | **5'10** | Weight | **175** | Hair Color | **Black** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
Randy Mucha
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

National City Commercial Capital Company

V.

Korle Bu Medical Group, Ltd. & Dr. John Acquaye-Awah, individually

C. **07CV6124**
A: **JUDGE MANNING**
D] **MAG. JUDGE SCHENKIER**
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Dr. John Acquaye-Awah
9033 Reserve Drive
Willow Springs, IL 60480

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Vincent T. Borst, Esq.
Jennifer E. Gaylord, Esq.
Askounis & Borst, P.C.
180 N. Stetson St., Ste. 3400
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

OCT 30 2007
DATE