IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC as successor-by-merger to to NATIONAL CITY COMMERCIAL CAPITAL CORPORATION, as assignee of NATIONAL MACHINE TOOL FINANCIAL CORP., <br><br> Plaintiff, <br> v. <br><br> KORLE BU MEDICAL GROUP, LTD. and DR. JOHN ACQUAYE-AWAH individually, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.:07-cv-06124 |

### NOTICE OF MOTION

TO:  Dr. John Acquaye-Awah
     9033 Reserve Dr.,
     Willow Springs, IL 60480

PLEASE TAKE NOTICE that on the 4th day of March, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before Judge Manning, in Courtroom 2125, 219 S. Dearborn St., Chicago, IL 60604 and then and there present, *National City's Motion for Default Judgment*, a copy of which is attached herewith and served upon you.

                                    NATIONAL CITY COMMERCIAL CAPITAL
                                    CORPORATION

                              By:   s/Jennifer E. Gaylord
                                    Vincent T. Borst, Esq. (ARDC # 06192904)
                                    Jennifer E. Gaylord, Esq. (ARDC # 6284809)
                                    Askounis & Borst, P.C.
                                    Two Prudential Plaza
                                    180 North Stetson Street, Suite 3400
                                    Chicago, Illinois 60601
                                    Telephone: (312) 861-7100
                                    Facsimile: (312) 861-0022