**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

National City Commerical Capital Company

                              Plaintiff,

v.                                                                 Case No.:
                                                                 1:07−cv−06124
                                                                 Honorable Blanche
                                                                 M. Manning

Korle Bu Medical Group, Ltd., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 4, 2008:

      MINUTE entry before Judge Blanche M. Manning :Motion hearing held on 3/4/2008 regarding motion for default judgment[16].On plaintiff's motion for default judgment, enter default order. Prove up hearing set for 3/20/2008 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.