# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6124 | **DATE** | 4/11/2008 |
| **CASE TITLE** | National City Commercial Capital Co. Vs. Korle Bu Medical Group Ltd., et al. | | |

**DOCKET ENTRY TEXT**

National City's motion for default judgment [16] is before the court. Default has already been entered against the defendants, Korle Bu Medical Group and Dr. John Acquaye-Awah. The court finds that National City has established that it is entitled to judgment in its favor in the amount of $81,058.39 plus prejudgment interest at the rate of 9%. National City has further established that it is entitled to reasonable attorneys' fees pursuant to Paragraph 17 of the Lease Agreement in the amount of $5,411.61. Accordingly, National City's motion for default judgment [16] is granted and the clerk is directed to enter a Rule 58 judgment as specified above in favor of National City and jointly and severally against defendants Korle Bu Medical Group and Dr. John Acquaye-Awah.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|