# United States District Court
## Northern District of Illinois
### Eastern Division

National City Commercial Capital Co         **JUDGMENT IN A CIVIL CASE**

     v.                                             Case Number: 07 C 6124

Korle Bu Medical Group Ltd, et al.

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■   Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED the court finds that National City has established that it is entitled to judgment in its favor in the amount of $81,058.39 plus prejudgment interest at the rate of 9%. National City has further established that it is entitled to reasonable attorneys' fees pursuant to Paragraph 17 of the Lease Agreement in the amount of $5,411.61. Accordingly, National City's motion for default judgment [16] is granted and judgment is entered as specified above in favor of National City and jointly and severally against defendants Korle Bu Medical Group and Dr. John Acquaye-Awah.

Michael W. Dobbins, Clerk of Court

Date: 4/11/2008                           _____
                                                   /s/ Robbie Hunt, Deputy Clerk