## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

National City Commerical Capital Company

                        Plaintiff,

v.	Case No.: 1:07−cv−06124

    Honorable Blanche M. Manning

Korle Bu Medical Group, Ltd., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 16, 2008:

      MINUTE entry before Judge Honorable Sidney I. Schenkier: This matter has been referred to this Court for proceedings to enforce the judgment. The matter is set for a status conference on 04/23/08 at 9:00 a.m. Telephone notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.