# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6124 | **DATE** | 4/24/2008 |
| **CASE TITLE** | National City Commercial Capital Company vs. Korle Bu Medical Group, Ltd.,et al. | | |

**DOCKET ENTRY TEXT**

This minute order is to clarify that the Executive Committee Order of 4/11/2008 is referred to Magistrate Judge Schenkier for a report and recommendation on the enforcement proceedings, including the request for replevin.

| | Courtroom Deputy Initials: | rs |
|---|---|---|