IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |
|---|---|
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC as successor-by-merger to to NATIONAL CITY COMMERCIAL CAPITAL CORPORATION, as assignee of NATIONAL MACHINE TOOL FINANCIAL CORP., <br><br> Plaintiff/Judgment Creditor, <br> v. <br><br> KORLE BU MEDICAL GROUP LTD, and JOHN ACQUAYE-AWAH <br><br> Defendants/Judgment Debtors. | Case No.:07-cv-06124 <br><br> Honorable Blanche M. Manning <br><br> Magistrate Judge Sidney I. Schenkier |

## MOTION FOR RULE TO SHOW CAUSE

NOW COMES Plaintiff NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC as successor-by-merger to National City Commercial Capital Corporation ("National City"), as assignee of National Machine Tool Financial Corp., by and through its attorneys Borst & Collins LLC, and for its Motion for Rule to Show Cause, states as follows:

1. On April 11, 2008, National City obtained judgment in its favor and against Korle Bu Medical Group, Ltd. ("Korle Bu") and Dr. John Acquaye-Awah ("Acquaye-Awah"), jointly and severally, in the amount of $86,470.00 and $86,4700.00 remains unsatisfied.

2. On May 19, 2008, counsel for National City issued Citations to Discover Assets (the "Citations") against both Defendants, Korle Bu and Acquaye-Awah, individually. The Citations directed the Defendants to appear at the offices of Borst & Collins, LLC on June 5, 2008 to be examined under oath to discover assets or income not exempt from enforcement of a judgment.

3. Korle Bu was served with the Citation to Discover Assets on May 27, 2008 through its registered agent Acquaye-Awah. Korle Bu. failed to appear for its Citation to Discover Assets set

for June 5, 2008. See Exhibit A attached hereto.

4. Acquaye-Awah. was personally served with the Citation to Discover Assets on May 27, 2008. Acquaye-Awah failed to appear for his Citation to Discover Assets set for June 5, 2008. See Exhibit B attached hereto.

5. National City respectfully requests that a rule be issued compelling Defendants to appear in court to show cause why they should not be held in civil contempt for failing to appear for the Citations to Discover Assets. National City further requests that Defendants be compelled to appear for the Citations to Discover Assets.

WHEREFORE, NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC as successor-by-merger to National City Commercial Capital Corporation respectfully requests that a Rule to Show Cause be issued against KORLE BU MEDICAL GROUP, LTD and DR. JOHN ACQUAYE-AWAH; and further that same be compelled to appear for the Citations to Discover Assets, and for any further and other relief as this Court deems appropriate.

NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC as successor-by-merger to NATIONAL CITY COMMERCIAL CAPITAL CORPORATION, assignee of NATIONAL MACHINE TOOL FINANCIAL CORPORATION

By: ___Jennifer E. Gaylord___
One of Its Attorneys

Vincent T. Borst (ARDC #6192904)
Jennifer E. Gaylord (ARDC #6284809)
Borst & Collins, LLC
Two Prudential Plaza
180 N. Stetson Street, Suite 3050
Chicago, Illinois 60601
(312) 819-1944 Telephone
(312) 819-1977 Facsimile
Vtborst@borstcollins.com
Jgaylord@borstcollins.com

U:\JGaylord\National City\Korle Bue Medical Group\Pleadings\Motion for rule to show cause.wpd