IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| National City Commercial Capital Company | |
| vs. Korle Bu Medical Group, Ltd., et al. | Case Number   07 CV 06124 |

## AFFIDAVIT OF SERVICE

I, Randy Mucha, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 27 day of May, 2008, at 08:10 PM at 9033 Reserve Drive, Willow Springs, IL 60480, did serve the following document(s):

**Citation To Discover Assets, Exhibit A & Notice**

Upon:   **John Acquaye-Awah**

By:   ☑ Personally serving to:   John Acquaye-Awah

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 9033 Reserve Drive, Willow Springs, IL 60480 on

| Description: | Sex | **Male** | Race | **Black** | Approximate Age | **47** |
|---|---|---|---|---|---|---|
| | Height | **5'10** | Weight | **150** | Hair Color | **Black** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
Randy Mucha
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101

**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC as successor-by-merger to to NATIONAL CITY COMMERCIAL CAPITAL CORPORATION, as assignee of NATIONAL MACHINE TOOL FINANCIAL CORP., <br><br> Plaintiff/Judgment Creditor, <br> v. <br><br> KORLE BU MEDICAL GROUP LTD, and JOHN ACQUAYE-AWAH <br><br> Defendants/Judgment Debtors. | Case No.:07-cv-06124 <br><br> Honorable Blanche M. Manning <br><br> Magistrate Judge Sidney I. Schenkier |

## CITATION TO DISCOVER ASSETS

To:   Dr. John Acquaye-Awah, 9033 Reserve Drive, Willow Springs, IL 60480

YOU ARE COMMANDED to appear at Borst & Collins, LLC located at 180 N. Stetson Avenue, Suite 3050, Chicago, IL 60601 on June 5, 2008 at 3:00 p.m. to be examined under oath to discover assets or income not exempt from enforcement of a judgment.

A judgment in favor of National City Commercial Capital, LLC as successor by merger to National City Commercial Capital Corporation and against John Acquaye-Awah was entered on April 11, 2008 in the amount of $86,470.00 and $86,470.00 remains unsatisfied.

YOU ARE COMMANDED to produce at the examination:

See Exhibit A attached hereto.

and all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness due judgment creditor.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the judgment debtor, until further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

## CERTIFICATE OF ATTORNEY

In the United States District Court, Northen District of Illinois, Eastern Division, on April 11, 2008, a judgment in the amount of $86,470.00 was entered in favor of National City Commercial Capital, LLC as successor by merger to National City Commercial Capital Corporation and against John Acquaye-Awah in Case No. 07-cv-06124 and a balance of $86,470.00 remains unpaid.

I, the undersigned certify to the Court, under penalties as provided by law, that all information stated herein is true.

By: _____

SUBSCRIBED AND SWORN to before

me this 19th day of May, 2008.

_____
Notary Public

[Notary seal: KRISTEN KWIATKOWSKI, OFFICIAL SEAL, MY COMMISSION EXPIRES MAY 7, 2010, STATE OF ILLINOIS]

U:\JGaylord\National City\Korle Bue Medical Group\Pleadings\Post Judgment Collections Documents\CDA.District.Court.individual.wpd

2

# EXHIBIT A

YOU ARE COMMANDED to produce at such examination:

All books and records for the last five years from date set for your appearance herein that pertain to your income for said period, any income producing property, real or personal, tangible or intangible, in which you have or have had any interest during said period; all records pertaining to savings accounts or checking accounts or other bank accounts in which you have or have had any interest during the aforesaid period; all records that pertain to any safety deposit box or boxes that you are renting now or have rented within the aforesaid period or as to which you have any access or right to access; all insurance policies or stock certificates in which you have any interest or have had any interest during the aforesaid period; all federal and state income tax returns for the last five years; deeds to all real estate and any other documents evidencing any interest in any real estate, deeds, titles or bills of sale evidencing any interest in any personal property, including motor vehicles; a complete list of all assets owned by you or as to which you have some interest; all records relating to any trust, written or otherwise of which you may be or have been a beneficiary during the aforesaid period or as to which you may have or have had some interest during the period; and all documents or records of whatever kind that pertain to any asset, or claim to any asset (including rights to causes of action against any person or entity) that you now own or claim to own, or have or claim to have, any interest in, or have owned or claimed to own, or claimed to have had any interest in during the aforesaid five year period from the date set for your appearance herein; plus all books, papers, records, documents or other tangible matter in your possession or control which may contain information concerning any property, assets or income that you have right to.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC as successor-by-merger to to NATIONAL CITY COMMERCIAL CAPITAL CORPORATION, as assignee of NATIONAL MACHINE TOOL FINANCIAL CORP., <br><br> Plaintiff/Judgment Creditor, <br> v. <br><br> KORLE BU MEDICAL GROUP LTD, and JOHN ACQUAYE-AWAH <br><br> Defendants/Judgment Debtors. | Case No.:07-cv-06124 <br><br> Honorable Blanche M. Manning <br><br> Magistrate Judge Sidney I. Schenkier |

## CITATION NOTICE

TO:   Dr. John Acquaye-Awah, 9033 Reserve Drive, Willow Springs, IL 60480

A judgment in favor of National City Commercial Capital, LLC as successor by merger to National City Commercial Capital Corporation and against John Acquaye-Awah was entered on April 11, 2008, a judgment in the amount of $86,470.00 and $86,470.00 remains unsatisfied.

Name and address of Attorney for Judgment Creditor:

Name:   Jennifer E. Gaylord, Borst & Collins, LLC

Attorney for:   Plaintiff National City Commercial Capital, LLC as successor by merger to National City Commercial Capital Corporation

Address:   180 N. Stetson Ave., Suite 3050

City/State/Zip:   Chicago, IL 60601

Telephone:   (312) 819-1944

Name of person to receive Citation:   John Acquaye-Awah

**NOTICE:**   **The court has issued a citation against the person named above. The citation directs that person to appear in court to be examined for the purpose of allowing the judgment**

creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor and in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the court may compel the application of any discovered income or assets toward the payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNTS STATED ABOVE.

(1) Under Illinois or federal law, the exemption of personal property owned by the debtor includes the debtor's equity interest, not to exceed $4,000 in value, any personal property as chosen by the debtor, including money in a bank account.

(2) Social Security and SSI benefits;

(3) Public assistance benefits;

(4) Unemployment compensation benefits;

(5) Worker's compensation benefits;

(6) Veteran's benefits;

(7) Circuit breaker property tax relief benefits;

(8) The debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle;

(9) The debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor;

(10) Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.

(11) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times greater of the state or federal minimum hourly wage.

(12) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly

wage.

(13)   Pension and retirement benefits (including IRA accounts) and refunds may be claimed as exempt under Indiana law.

The judgment debtor may have other possible exemptions under the law.

**THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH.**

<u>This notice may be sent to the judgment debtor by regular first class mail.</u>