## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

NATIONAL CITY COMMERCIAL CAPITAL   )
COMPANY, LLC as successor-by-merger to   )
to NATIONAL CITY COMMERCIAL CAPITAL   )
CORPORATION, as assignee of NATIONAL   )   Case No.:07-cv-06124
MACHINE TOOL FINANCIAL CORP.,   )
   )
   Plaintiff/Judgment Creditor,   )   Honorable Blanche M. Manning
   v.   )
   )   Magistrate Judge Sidney I. Schenkier
KORLE BU MEDICAL GROUP LTD,   )
and JOHN ACQUAYE-AWAH   )
   )
   Defendants/Judgment Debtors.   )
   )

### NOTICE OF MOTION

TO:   Korle Bu Medical Group, Ltd            Dr. John Acquaye-Awah
   c/o Dr. John Acquaye-Awah         9033 Reserve Dr.
   5517 S Michigan Avenue           Willow Springs, IL 60480
   Chicago, IL 60637

      PLEASE TAKE NOTICE that on the 12 day of June, 2008 at 8:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before Judge Sidney Schenkier, in Courtroom 1700, 219 S. Dearborn St., Chicago, IL 60604 and then and there present, *National City's Motion for Rule to Show Cause*, a copy of which is attached herewith and served upon you.

                        NATIONAL CITY COMMERCIAL CAPITAL
                        COMPANY, LLC as successor-by-merger to
                        NATIONAL CITY COMMERCIAL CAPITAL
                        CORPORATION, assignee of NATIONAL
                        MACHINE TOOL FINANCIAL CORPORATION

               By:     Jennifer E. Gaylord
                     One of Its Attorneys

Vincent T. Borst (ARDC #6192904)
Jennifer E. Gaylord (ARDC #6284809)
Borst & Collins, LLC
Two Prudential Plaza
180 N. Stetson Street, Suite 3050
Chicago, Illinois 60601
(312) 819-1944 Telephone

(312) 819-1977 Facsimile
Vtborst@borstcollins.com
Jgaylord@borstcollins.com

STATE OF ILLINOIS      )
                       )SS
COUNTY OF COOK         )

## **AFFIDAVIT OF SERVICE**

The undersigned, a non-attorney, being first duly sworn on oath, deposes and says that she caused a correct copy of the foregoing, **National City's Motion for Rule to Show Cause,** to be served upon:

Korle Bue Medical Group, Ltd.          Dr. John Acquaye-Awah
c/o Dr. John Acquaye-Awah               9033 reserve Drive
5517 South Michigan Avenue             Willow Springs, Illinois 60480
Chicago, Illinois 60637

by depositing same in the U.S. Mail at 180 N. Stetson, Suite 3050, Chicago, Illinois 60601, with proper postage prepaid on this 6th day of June, 2008.

By: _____
Kristen Kwiatkowski

SUBSCRIBED AND SWORN to before
me this 6th day of June, 2008

_____
Notary Public

```
OFFICIAL SEAL
KRISTIN N CLARK
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/18/11
```

U:\NVizzini\Aff. of Serv.5-3-04.wpd