# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

National City Commerical Capital Company

Plaintiff,

v.

Case No.:<br>1:07−cv−06124

Honorable Blanche<br>M. Manning

Korle Bu Medical Group, Ltd., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2008:

     MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held and continued 7/17/2008 at 09:00 AM. The Court issues a rule to show cause as the why the citation respondents should not be held in contempt of Court. The hearing on the rule to show cause shall be held at 7/17/08 status. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.