IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| National City Commercial Capital Company,<br><br>vs.<br><br>Korle Bu Medical Group, Ltd., et al., | Case Number 1:07-cv-06124 |

### AFFIDAVIT OF SERVICE

I, Randy Mucha, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 02 day of July, 2008, at 07:05 PM at 9033 Reserve Drive, Willow Springs, IL, did serve the following document(s):

**Court Order dated June 26, 2008**

Upon:  **Dr. John Acquaye-Awah**

By:  ☐ Personally serving to:

☑ leaving copies at the usual place of abode with:   Linda Awah (wife)

a member of the household 13 years or upwards and informed that person of the contents thereof

☑ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

Dr. John Acquaye-Awah at 9033 Reserve Drive, Willow Springs, IL on July 03, 2008

| Description: | Sex | **Female** | Race | **White** | Approximate Age | **40** |
|---|---|---|---|---|---|---|
| | Height | **5'7** | Weight | **160** | Hair Color | **Blonde** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
Randy Mucha
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101