IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| National City Commercial Capital Company, | |
|---|---|
| vs. | |
| Korle Bu Medical Group, Ltd., et al., | Case Number 1:07-cv-06124 |

### AFFIDAVIT OF SERVICE

I, Randy Mucha, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 08 day of July, 2008, at 10:30 PM at 9033 Reserve Drive, Willow Springs, IL 60480, did serve the following document(s):

**Court Order dated June 26, 2008**

Upon: **Korle Bu Medical Group Ltd., c/o Dr. John Acquaye-Awah**

By: ☒ Personally serving to: Dr. John Acquaye-Awah

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 9033 Reserve Drive, Willow Springs, IL 60480 on

| Description: | Sex | **Male** | Race | **Black** | Approximate Age | **47** |
|---|---|---|---|---|---|---|
| | Height | **5'10** | Weight | **175** | Hair Color | **Black** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
Randy Mucha
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101